STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant United States Attorney

LEON SCHYDLOWER
Special Assistant U.S. Attorney
Suite 6100, Box 50183
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2000

at ____ o'clock and ____ min ____ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TERISA SO'OTO PALMER,<br><br>          Defendant. | CR. NO. CR00-00074 HG<br><br>**INDICTMENT**<br>[18 U.S.C. § 1512(b)(3);<br>18 U.S.C. § 1513(b)(2);<br>18 U.S.C. § 876] |

**INDICTMENT**

COUNT 1

The Grand Jury Charges that:

On or about December 5, 1999, in the District of Hawaii, the defendant, TERISA SO'OTO PALMER, did knowingly intimidate; use physical force against; threaten; and attempt to intimidate, use physical force against and threaten R. J. L. by operating a motor vehicle in a manner that placed said R.J.L. in jeopardy of physical harm, with the intent to hinder, delay, and

prevent the communication to a law enforcement officer of the United States, of information relating to the commission or possible commission of a federal offense, namely, theft of government property, which is a violation of Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT 2

The Grand Jury Further Charges that:

On or about December 7, 1999, in the District of Hawaii, the defendant, TERISA SO'OTO PALMER, did knowingly intimidate; threaten; and attempt to intimidate and threaten R. J. L. by verbally threatening R. J. L. with physical harm during a telephone conversation with R. J. L., with the intent to hinder, delay, and prevent the communication to a law enforcement officer of the United States, of information relating to the commission or possible commission of a federal offense, namely, theft of government property, which is a violation of Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Section 1512(b)(3).

COUNT 3

The Grand Jury Further Charges that:

On or about February 5, 2000, in the District of Hawaii, the defendant, TERISA SO'OTO PALMER, did knowingly intimidate; threaten; and attempt to intimidate and threaten R. J. L. by threatening R. J. L. with physical harm in a letter, with the intent to hinder, delay, and prevent the communication to a law enforcement officer of the United States, of information relating to the commission or possible commission of a federal offense, namely, theft of government property, which is a violation of Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Section 1512(b)(3).

COUNT 4

The Grand Jury Further Charges that:

On or about December 5, 1999, in the District of Hawaii, the defendant, TERISA SO'OTO PALMER, did knowingly threaten to cause bodily injury to; attempt to cause bodily injury to; and attempt to damage the tangible property of R. J. L. by operating a motor vehicle in a manner that placed said R.J.L. in jeopardy of physical harm and R. J. L.'s motor vehicle in jeopardy of physical damage, such conduct being taken with the intent of retaliating against R. J. L. for information given by R. J. L. to law enforcement officers relating to the commission or possible commission of a federal offense, namely, theft of

3

government property, which is a violation of Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Section 1513(b)(2).

## COUNT 5

The Grand Jury Further Charges that:

On or about December 7, 1999, in the District of Hawaii, the defendant, TERISA SO'OTO PALMER, did knowingly threaten to cause bodily injury to R. J. L. during a telephone conversation with R. J. L., such conduct being taken with the intent of retaliating against R. J. L. for information given by R. J. L. to law enforcement officers relating to the commission or possible commission of a federal offense, namely, theft of government property, which is a violation of Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Section 1513(b)(2).

## COUNT 6

The Grand Jury Further Charges that:

On or about February 5, 2000, in the District of Hawaii, the defendant, TERISA SO'OTO PALMER, did knowingly cause to be delivered by the Postal Service, according to the direction thereof, a written communication, addressed to R. J. L. at her

residence, and containing threats to injure the person of R. J. L., including, but not limited to, a threat to "cut up your face so nobody can identify you".

All in violation of Title 18, United States Code, Section 876.

DATED: _____2/17/2000_____ at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LEON SCHYDLOWER
Special Assistant U.S. Attorney

United States v. Terisa So'oto Palmer
CR. NO. _____
INDICTMENT